UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: OI S.A.
IN RE: OI BRASIL HOLDINGS COOPERATIEF U.A.

ORDER

JASPER R. BERKENBOSCH, *Trustee of Oi Brasil Holdings Cooperatief U.A.*,

Appellant,

-v-

OI S.A. and ANTONIO REINALDO RABELO FILHO, *as Foreign Representative of the RJ Proceeding*,

Appellees.

No. 18-cv-426 (RJS)
No. 18-cv-452 (RJS)
No. 18-cv-554 (RJS)

INTERNATIONAL BONDHOLDER COMMITTEE,

Appellant,

-v-

OI S.A. and ANTONIO REINALDO RABELO FILHO, *as Foreign Representative of the RJ Proceeding*,

Appellees.

No. 18-cv-430 (RJS)
No. 18-cv-537 (RJS)
No. 18-cv-601 (RJS)

AURELIUS CAPITAL MANAGEMENT, LP,

Appellant,

-v-

OI S.A. and ANTONIO REINALDO RABELO FILHO, *as Foreign Representative of the RJ Proceeding*,

Appellees.

No. 18-cv-3147 (RJS)
No. 18-cv-3166 (RJS)
No. 18-cv-3178 (RJS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/18

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter filed by appellant Jasper R. Berkenbosch (the "Insolvency Trustee") in 18-cv-426, 18-cv-452, and 18-cv-554 indicating that the Insolvency Trustee "seeks dismissal of his appeals" under Federal Rule of Bankruptcy Procedure 8023, with "each party to bear its own costs." (18-cv-426, Doc. No. 7.) The Insolvency Trustee's letter indicates that "[t]he requested relief is unopposed." (*Id.*) Accordingly, IT IS HEREBY ORDERED that the Insolvency Trustee's appeals – 18-cv-426, 18-cv-452, and 18-cv-554 – are DISMISSED, with each party to bear its own costs.

In light of the Insolvency Trustee's dismissal of his appeals and the events recounted in the Insolvency Trustee's letter – including the approval of a plan in the Dutch bankruptcy proceeding that has "material terms" which are "effectively the same" as the plan approved in the Brazilian bankruptcy proceeding – IT IS FURTHER ORDERED that the International Bondholder Committee and Aurelius Capital Management, LP shall, no later than Monday, August 6, 2018, file letters updating the Court as to the status of these actions, including whether they plan to maintain or dismiss the appeals pending in this Court. The parties shall also address the status of their appeals in the Second Circuit.

SO ORDERED.

Dated:   July 31, 2018
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE